IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00224-RJC-DSC

USA                                          )
                                             )
        v.                                   )               ORDER
                                             )
ARTEMUS VAUGHN GRICE                         )
_____               )

**THIS MATTER** is before the Court upon motion of the defendant to stay

consideration of his motion for compassionate release pending congressional

approval of proposed amendments to USSG §1B1.13 relating to the First Step Act of

2018. (Doc. No. 70).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is

**GRANTED.**

The Clerk is directed to certify copies of this Order to the defendant, the

United States Attorney, and the United States Probation Office.

Signed: February 7, 2023

Robert J. Conrad, Jr.
United States District Judge